**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| IN RE: | ) | Case No. **3:26-bk-00253** |
| Debtor 1: **Spencer Dale Sturdevant** | ) | Chapter **7** |
| Debtor 2 (if applicable): **Cyan Rose Quinn** | ) | |

## STATEMENT UNDER PENALTY OF PERJURY CONCERNING PAYMENT ADVICES

I, **Cyan Rose Quinn** state that I did not file copies of all payment advices or other evidence of payment received by me within the 60-day period before the filing of my bankruptcy case because:

☐ I was unemployed and did not receive any payment advices or other evidence of payment within this period,

☐ I was employed during the period but I did not receive any payment advice of other evidence of payment,

■ I am self employed, and/or

☐ Other (please explain)

**/s/ Cyan Rose Quinn** Date **April 17, 2026**
**Cyan Rose Quinn**
Signature of Debtor

(a separate form must be filed for each Debtor)