# United States Bankruptcy Court

Northern District Of West Virginia

**Case No. 3:26−bk−00253**

**Chapter 7**

In re: (Name of Debtor)

Spencer Dale Sturdevant
84 Harrison Avenue
Berkeley Springs, WV 25411

Cyan Rose Quinn
84 Harrison Avenue
Berkeley Springs, WV 25411

Social Security No.:

xxx−xx−6849

xxx−xx−1264

## FINAL DECREE CLOSING BANKRUPTCY CASE AND DISCHARGING TRUSTEE

The estate of the above−named debtor(s) having been fully administered,

**IT IS HEREBY ORDERED**:

1. that Aaron C. Amore be discharged as Trustee of the estate of the above−named debtor(s), and the bond heretofore pledged is cancelled;

2. that the Chapter 7 case of the above−named debtor(s) be, and is, hereby closed.

The Clerk is directed to remove this matter from the Court's docket.

BY THE COURT

Dated: 7/22/26

David L Bissett
United States Bankruptcy Judge