# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0424−3 | User: admin | Date Created: 07/22/2026 |
| Case: 3:26−bk−00253 | Form ID: ch7fnlde | Total: 3 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | David J. Hinkle | david@hinklelawpllc.com |

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Spencer Dale Sturdevant | 84 Harrison Avenue | Berkeley Springs, WV 25411 |
| jdb | Cyan Rose Quinn | 84 Harrison Avenue | Berkeley Springs, WV 25411 |

TOTAL: 2